```
                IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE WESTERN DISTRICT OF NORTH CAROLIN
                            CHARLOTTE DIVISION
                         CIVIL ACTION NO.3:06CV148
```

| | |
|---|---|
| **GARDEN CITY BOXING CLUB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **O R D E R** |
| ) | |
| **MARIA BARRON, et. al.,** ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on "Petition For Admission Pro Hac Vice" (document #2) filed March 28, 2006, of counsel for the Plaintiff, Wayne D. Lonstein. For the reasons set forth therein, the Motion will be **granted**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: May 12, 2006

_____

Carl Horn, III
United States Magistrate Judge